

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Christine Flores Desio d/b/a Professional Center of Grand Prairie and Francis Anthony Desio, Jr. a/k/a Frank Desio, Individually, | § | No. 08-20-00212-CV |
| | § | Appeal from the |
| | § | 14th District Court |
| Appellants, | § | of Dallas County, Texas |
| v. | § | (TC# DC-17-04408) |
| Mike Del Bosque d/b/a Injury and Rehab Center in Grand Prairie, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

On January 8, 2021, the Texas Supreme Court of Texas ordered that the above-styled and numbered cause be transferred to the Fifth Court of Appeals, in Dallas, Texas, and it instructed this Court to issue an order transferring the cause. It is therefore ordered that the Clerk of the Court take the steps necessary to transfer the case to the Fifth Court of Appeals in compliance with the Supreme Court's order.

IT IS SO ORDERED this 11th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.